UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:09-CR-57(01)RM |
| ) | |
| DARRELL R. STEELE, JR. ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 11, 2009 [Doc. No. 17]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Darrell Steele's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:  September 1, 2009 

                                       /s/ Robert L. Miller, Jr.
                                       Chief Judge
                                       United States District Court